In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00048-CR
_____


EX PARTE CHARLIE JAY GILL


On Appeal from the 1st District Court
Jasper County, Texas
Trial Cause No. 32621

**MEMORANDUM OPINION**

On January 25, 2013, Charlie Jay Gill filed a notice of appeal from an order signed on December 12, 2012, in Case No. 32621. In response to the Court's inquiry regarding the filing of the notice of appeal, appellant asserts that Case No. 32621 was consolidated with another case that has also been appealed, and that no appeal is being sought from an order signed in Case No. 32621. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered March 6, 2013
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.